ACCEPTED
05-14-00685-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
8/7/2015 10:43:32 AM
LISA MATZ
CLERK

No. 05-14-00685-CV

In the Fifth Court of Appeals
Dallas, Texas

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
8/7/2015 10:43:32 AM
LISA MATZ
Clerk

John F. Quintanilla,

Appellant,

v.

Baxter Painting, Inc.,

Appellee.

APPEAL FROM CAUSE NO. DC-12-13607-A
14TH JUDICIAL DISTRICT COURT, DALLAS COUNTY, TEXAS
HON. ERIC V. MOYE, PRESIDING

## NOTICE OF APPEARANCE OF LEAD COUNSEL AND CHANGE OF FIRM NAME

TO THE HONORABLE FIFTH COURT OF APPEALS:

PLEASE TAKE NOTICE THAT Mr. Sambar K. Mukerji, makes and files his

Appearance as Lead Counsel of Record for the Appellant, in the place and stead of

Mr. Leonoid Kishinevsky.  Please forward all future notices to Appellant's Lead

Counsel f Record, Mr. Sambar K. Mukerji, Mukerji Law Firm, PC, 2405 Smith

1

Street, Houston, Texas  77006, (713) 222-1222, (713) 222-0555 (FAX),

smukerji@mukerji@mukerjilaw.com.

Respectfully submitted,

**MUKERJI LAW FIRM, P.C.**

By: _/s/ Sam K. Mukerji_____
    Sam K. Mukerji
    State Bar No. 24053377
    2405 Smith Street
    Houston, TX 77006
    Tel: (713) 222-1222
    Fax: (713) 222-0055
    smukerji@mukerjilaw.com

**ATTORNEYS FOR PLAINTIFF**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing instrument was served upon all counsel of record pursuant to Rule 21a of the Texas Rules of Civil Procedure on this the 7th day of August, 2015.

Mr. James W. Grau
Grau Law Group, PLLC
1445 Ross Ave., Suite 4700
Dallas, Texas 75202

_/s/ Sam K. Mukerji_____
SAM K. MUKERJI